IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02197-PAB

A.R., by her next friend,
PATRICIA A. PACETTI,

      Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation sole
also known as Mormon Church, and
DAVID SCOTT FRANK,

      Defendants.

---

## ORDER

---

This matter comes before the Court on defendants' Notice of Removal [Docket No. 1] and other related filings [Docket Nos. 2, 4]. Defendants have filed documents that violate Fed. R. Civ. P. 5.2(a) by revealing the "name of an individual known to be a minor." Fed. R. Civ. P. 5.2(a). Therefore, it is

**ORDERED** that Docket Nos. 1, 2, and 4 shall be restricted at Level One. It is further

**ORDERED** that the caption on the Electronic Court Filing system as well as on all future pleadings shall comport with the caption on the present order. It is further

**ORDERED** that, on or before **Thursday, August 23, 2012**, defendants shall re-file without restriction Docket Nos. 1, 2, and 4 with redactions that comply with Fed. R. Civ. P. 5.2(a)(3).

DATED August 21, 2012.

BY THE COURT:

s/Philip A. Brimmer
_____
PHILIP A. BRIMMER
United States District Judge