IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02197-PAB-KLM

A.R., by her next friend PATRICIA A. PACETTI,

    Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, also known as Mormon Church, and DAVID SCOTT FRANK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **First Set of Interrogatories and Request for Production of Documents to Defendant Corporation of the President of the Church of Jesus Christ of Latter Day Saints** [Docket No. 26; Filed December 26, 2012], which was filed as a motion.  Interrogatories and requests for production of documents "must not be filed until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1).  The Court notes that no party is obligated to respond to written discovery requests unless and until such requests are served on the party pursuant to Fed. R. Civ. P. 33(a)(1) and/or 34(a).  Accordingly,

    IT IS HEREBY **ORDERED** that the discovery request filed at Docket No. 26 is **STRICKEN**.

    Dated:  January 2, 2013