**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards          Date: May 1, 2014
Court Reporter: Tammy Hoffschildt

**CASE NO. 12-cv-02197-RM-KLM**

Parties                                  Counsel

ASHLEY LINDEMAN,                         Michael R. Waters

        Plaintiff,

v.

THE CORPORATION OF THE
PRESIDENT OF THE CHURCH OF JESUS   L. Martin Nussbaum
CHRIS OF LATTER-DAY SAINTS, a Utah  Charles Goldberg
Corporation sole a/k/a the Mormon Church,  David S. Chipman
and
DAVID SCOTT FRANK,

        Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**
**COURT IN SESSION**: **8:56 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding Church Defendant's Motion for Summary Judgment
and Brief in Support Thereof [Doc. No. 47, filed July 3, 2013], Plaintiff's Motion for
Summary Judgment on Plaintiff's Claims of Negligent Hiring and Supervision Against
Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day
Saints [Doc. No. 49, filed July 31, 2013], Plaintiff's Motion for Summary Judgment on
Plaintiff's Claim of Battery Against Defendant David Scott Frank [Doc. No. 50, filed July
31, 2013], and Defendant David Scott Frank's Motion for Summary Judgment on
Plaintiffs' First, Second, Fifth, and Sixth Claims for Relief [Doc. No. 51, filed July 31,
2013].

**9:01 a.m.**      Oral argument by Mr. Nussbaum.

**COURT IN RECESS: 10:32 a.m.**
**COURT IN SESSION: 10:51 a.m.**

**10:51 a.m.**      Oral argument by Mr. Chipman.

**11:11 a.m.**      Oral argument by Mr. Waters.

**11:58 a.m.**      Response by Mr. Nussbaum.

**12:05 p.m.**      Response by Mr. Chipman.

**12:05 p.m.**      Reply by Mr. Waters.

**ORDERED:**   Church Defendant's Motion for Summary Judgment and Brief in Support Thereof [47], Plaintiff's Motion for Summary Judgment on Plaintiff's Claims of Negligent Hiring and Supervision Against Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints [49], Plaintiff's Motion for Summary Judgment on Plaintiff's Claim of Battery Against Defendant David Scott Frank [50], and Defendant David Scott Frank's Motion for Summary Judgment on Plaintiffs' First, Second, Fifth, and Sixth Claims for Relief [51] are **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS**: **12:08 p.m.**
**Total in court time**: **02:53**
**Hearing concluded**