**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02197-RM-KLM

ASHLEY LINDEMAN,

    Plaintiff,

    v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation sole a/k/a the MORMON CHURCH and DAVID SCOTT FRANK,

    Defendants.

---

**NOTICE OF IMPENDING SETTLEMENT AND UNOPPOSED REQUEST TO VACATE TRIAL PREPARATION CONFERENCE SCHEDULED FOR JUNE 26, 2014**

---

    The remaining parties in this case – Plaintiff Ashley Lindeman and Defendant David Scott Frank – through their respective counsel, notify the Court that they have reached a settlement of all remaining claims. A stipulated motion for dismissal of all remaining claims, with prejudice, will be filed with the Court on or before July 3, 2014. For this reason, and to avoid any further expense of money or Court resources, Plaintiff and Defendant David Scott Frank respectfully request that the Trial Preparation Conference currently scheduled for June 26, 2014 be vacated.

Respectfully submitted on June 25, 2014

Chipman Glasser, LLC

*s/ David S. Chipman*

David S. Chipman
Chipman Glasser, LLC
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, Colorado 80222
Telephone: 303-578-5780
Fax: 303-578-5790
Email: dchipman@chipmanglasser.com

*Attorneys for Defendant David Scott Frank*

Jones, Waters, Geislinger & Seymour, LLC

s/ Michael R. Waters

Michael R. Waters
707 South Tejon, Suite 22
Colorado Springs, CO 80903
Telephone: (719) 633-6303
FAX: (303) 577-4887
Email: mike@jwglawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

On June 25, 2014, I electronically filed the foregoing **NOTICE OF IMPENDING SETTLEMENT AND UNOPPOSED REQUEST TO VACATE TRIAL PREPARATION CONFERENCE SCHEDULED FOR JUNE 26, 2014** with the Clerk of Court using the CM/ECF system which sends notification of the same to:

Michael R. Waters, Esq.
David L. Geislinger, Esq.
Jones, Waters, Geilinger & Seymour, LLC
707 South Tejon, Ste. 200
Colorado Springs, CO  80903


*s/ Michael Keyes*
Michael Keyes

4843-8666-8315, v.  1