IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02197-PAB

ASHLEY LINDEMAN,
    Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation sole a/k/a the MORMON CHURCH
and DAVID SCOTT FRANK,
    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through counsel, hereby stipulate to dismissal with prejudice of all remaining claims, each party to bear its own costs and fees. The parties waive all right to appeal any ruling or order of the court.

DATED: July 1, 2014

APPROVED:

_____
Ashley Lindeman, f/k/a Ashley Russik,
Plaintiff

_____
Michael R. Waters
Jones, Waters, Geislinger & Seymour, L.L.C.
707 South Tejon, Suite 22
Colorado Springs, CO 80903
Telephone: (719)633-6303
Fax: (303)577-4887
Email: mike@jwglawfirm.com
*Attorney for Plaintiff*

_____
David S. Chipman
CHIPMAN & GLASSER, LLC
Tower 1, Suite 7500
2000 South Colorado Boulevard
Denver, CO 80222
*Attorney for Defendant David Scott Frank*

_L. Martin Nussbaum_
Charles Goldberg
LEWIS ROCA ROTHGERBER LLP
90 S. Cascade Avenue #1100
Denver, CO  80202
719-386-3004
mnussbaum@lrrlaw.com
cgoldberg@lrrlaw.com

*Attorneys for Defendant The Corporation of the President of the Church of Jesus Christ of Latter-day Saints*

2

2004853640_2

## CERTIFICATE OF SERVICE

On __July 1_____, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sends notification of the same to:

Michael R. Waters, Esq.
David L. Geislinger, Esq.
Jones, Waters, Geilinger & Seymour, LLC
707 South Tejon, Ste. 200
Colorado Springs, CO 80903

David Chipman, Esq.
Chipman Glasser, LLC
2000 S. Colorado Boulevard, Tower One, #7500
Denver, Colorado 80222

/s/ Charles Goldberg

2004853640_2