**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02197-RM-KLM

ASHLEY LINDEMAN,

      Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah Corporation sole a/k/a the MORMON CHURCH and
DAVID SCOTT FRANK,

      Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE (ECF NO. 83)**
_____

THIS MATTER is before the Court on the Stipulation of Dismissal with Prejudice (ECF

No. 83) agreed to and signed by all the parties.

The Court Orders that this case and all claims asserted in this case are hereby

DISMISSED WITH PREJUDICE, each party to bear her, his or its own costs, attorneys' fees

and expenses. The Court further Orders that the Clerk shall enter a Judgment of Dismissal with

Prejudice in this case.

DATED this 1st day of July, 2014.

                                   BY THE COURT:

                                   _____

                                   RAYMOND P. MOORE
                                   United States District Judge